UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG OHLENDORF,

                                                  NO. CIV. S-09-2081 LKK/EFB

      Plaintiff,

  v.

AMERICAN HOME MORTGAGE                      O R D E R
SERVICING, et al.,

      Defendants.

                             /

      Plaintiff in this suit brings numerous claims against various private financial and real estate businesses and three individuals involved with plaintiff's home mortgage. On September 8, 2009, defendants American Home Mortgage Servicing, Inc., AHMSI Default Services, Inc., and Mortgage Electronic Registration Systems, Inc. moved to dismiss all claims against them, or alternatively for a more definite statement. This motion was set for hearing on October 26, 2009. Pursuant to Local Rules 78-230(c) and 6-136(b), plaintiff's opposition or statement of non-opposition was due on October 13, 2009. Plaintiff did not file an opposition or statement

1

1  of non-opposition.  Instead, plaintiff filed an amended complaint
2  On October 16, 2009.[1]
3      It appears that many of the arguments raised in the motion to
4  dismiss the initial complaint may also apply to the amended
5  complaint.  Nonetheless, the court declines to address this issue
6  without briefing directly on point from either party.
7      Accordingly, the pending motion, Doc. No. 9, is DENIED WITHOUT
8  PREJUDICE as moot.
9      IT IS SO ORDERED.
10     DATED:  October 20, 2009.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

---

[1] The court notes that effective December 1, 2009, plaintiff could not have amended his complaint at such a late date. Rather, the new rule only permits amending without the consent of defendants or leave of the court (1) 21 days after service or (2) "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1-2) (effective Dec. 1, 2009). Consequently, under the new rule, plaintiff would only have 21 days from the service of defendants' motion to dismiss to amend his complaint.

2