UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG OHLENDORF,

                                      NO. CIV. S-09-2081 LKK/EFB

        Plaintiff,

   v.

AMERICAN HOME MORTGAGE                     O R D E R
SERVICING, et al.,

        Defendants.

                              /

     Pending before the court in the above-captioned case is a motion to dismiss and a motion to expunge notice of pendency of action (lis pendens) by defendants American Home Mortgage Servicing, Inc. ("AHMSI"), AHMSI Default Services, Inc., Deutsche Bank National Trust Company, as Trustee for Harborview Mortgage Loan Pass-Through Certificates, Series 2007-5, and Mortgage Electronic Registration Systems, Inc., (Doc. Nos. 21, 22).  The court does not find oral argument necessary in these matters. Accordingly, the hearings on the above motions currently set for December 7, 2009 are VACATED.  The deadline for submission of

1

plaintiffs' oppositions and defendant's reply memoranda, if any, remain unchanged.

IT IS SO ORDERED.

DATED: November 25, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT