1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 CRAIG OHLENDORF,
                                    NO. CIV. S-09-2081 LKK/EFB
11
            Plaintiff,
12
      v.
13
AMERICAN HOME MORTGAGE                      O R D E R
14 SERVICING, et al.,

15           Defendants.

16 _____/

17     On October 16, 2009, plaintiff Craig Ohlendorf filed a amended

18 complaint against numerous defendants concerning the foreclosure of

19 his home mortgage. On October 30, 2009, defendants American Home

20 Mortgage Servicing, Inc. ("AHMSI"), AHMSI Default Services, Inc.,

21 Deutsche Bank National Trust Company, and Mortgage Electronic

22 Registration Systems, Inc. filed motions to dismiss the complaint

23 and to expunge. These motions were set for hearing on December 7,

24 2009. The court subsequently vacated the hearing, but maintained

25 the briefing schedule. Pursuant to the scheduling order, Doc. No.

26 14, plaintiffs' opposition or statement of non-opposition was due

                                    1

1  on November 23, 2009. On November 30, 2009, moving defendants filed

2  a statement requesting that the court dismiss the complaint without

3  leave to amend. On December 1, 2009, plaintiff filed oppositions to

4  the motion to dismiss and the motion to expunge. On December 4,

5  2009, moving defendants filed replies to plaintiff's oppositions.

6       In another matter before this court, <u>Rivera v. GMAC Mortgage,</u>

7  <u>et al.</u>, No. S-09-1639 LKK/JFM, plaintiff's counsel failed to attend

8  a status conference. The court issued an order to show cause on

9  September 10, 2009. Plaintiff's counsel filed a response to the

10 order indicating that he was recently substituted as counsel, was

11 on vacation, and his office failed to calendar the conference.

12 Counsel also stated that he "will make sure this type of mistake

13 does not occur in the future."

14      Based on the above, the court ORDERS as follows:

15      1.   Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in

16           writing within ten (10) days of the issuance of this

17           order why sanctions permitted by Local Rule 110,

18           including dismissal of the complaint, should not issue

19           for his failure to timely submit an opposition or

20           statement of non-opposition.

21      IT IS SO ORDERED.

22      DATED:  December 9, 2009.

23

24

25                              LAWRENCE K. KARLTON
                                SENIOR JUDGE
26                              UNITED STATES DISTRICT COURT