UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG OHLENDORF,

        NO. CIV. S-09-2081 LKK/EFB

    Plaintiff,

  v.

AMERICAN HOME MORTGAGE SERVICING, et al.,      O R D E R

    Defendants.

_____/

    Pending before the court in the above-captioned case is a motion to dismiss by defendant T.D. Service Company, (Doc. No. 23). The court does not find oral argument necessary in this matter. Accordingly, the hearing on the above motion currently set for January 11, 2010 is VACATED. The deadline for submission of defendant's reply memorandum, if any, remains unchanged.

    IT IS SO ORDERED.

    DATED: January 4, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1