UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG OHLENDORF,

                                    NO. CIV. S-09-2081 LKK/EFB

      Plaintiff,

  v.

AMERICAN HOME MORTGAGE                    O R D E R
SERVICING, et al.,

      Defendants.

                             /

      On December 9, 2009, the court ordered counsel for plaintiffs to show cause why sanctions should not be imposed for their failure to timely submit an opposition or statement of non-opposition to defendants American Home Mortgage Servicing, Inc. ("AHMSI"), AMHSI Default Services, Inc., Deutsche Bank National Trust Company, and Mortgage Electronic Registration Systems, Inc.'s motions to dismiss the complaint and to expunge. See Doc. No. 35. Counsel responded to the order to show cause on December 18, 2009. See Doc. No. 36. Counsel explains that he approved his opposition to be filed in a timely fashion, yet neglected to ensure that the opposition was

1

electronically filed. Upon his discovery that the opposition was not electronically filed, he filed the brief. Counsel admits that his failure to ensure that the brief was filed caused delay, and "accept[s] a reasonable sanction."

No good cause shown, the court hereby ORDERS that counsel for plaintiff is SANCTIONED in the amount of one hundred and fifty ($150.00) dollars. This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the date of this order. Counsel shall file an affidavit accompanying the payment of this sanction which states that it is paid personally by counsel, out of personal funds, and is not and will not be billed, directly or indirectly, to the client or in any way made the responsibility of the client as attorneys' fees or costs.

IT IS SO ORDERED.

DATED: January 5, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2