UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG OHLENDORF,

                              NO. CIV. S-09-2081 LKK/EFB

      Plaintiff,

  v.

AMERICAN HOME MORTGAGE              O R D E R
SERVICING, et al.,

      Defendants.

_____/

    Pending before the court in the above-captioned case are two motions to dismiss by defendant T.D. Service Company (Dkt. No. 45) and by American Home Mortgage Servicing, Inc., AHMSI Default Services, Inc., Deutsche Bank National Trust Company, Mortgage Electronic Registration Systems, Inc. (Dkt. No. 46). The court does not find oral argument necessary in these matters. Accordingly, the hearing on the above motions currently set for June 21, 2010 is VACATED. The deadline for submission of defendants' reply memoranda, if any, remains unchanged.

////

1    IT IS SO ORDERED.

2    DATED:  June 14, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT