1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10  CRAIG OHLENDORF,
                                    NO. CIV. S-09-2081 LKK/EFB
11
            Plaintiff,
12
        v.
13
    AMERICAN HOME MORTGAGE                     O R D E R
14  SERVICING, et al.,

15          Defendants.

16  _____/

17       Pending before the court in the above-captioned case are two

18  motions to dismiss by defendant T.D. Service Company (Dkt. No. 45)

19  and by American Home Mortgage Servicing, Inc., AHMSI Default

20  Services, Inc., Deutsche Bank National Trust Company, Mortgage

21  Electronic Registration Systems, Inc. (Dkt. No. 46).   The court

22  does  not  find  oral  argument  necessary  in  these  matters.

23  Accordingly, the hearing on the above motions currently set for

24  June 21, 2010 is VACATED.   The deadline for submission of

25  defendants' reply memoranda, if any, remains unchanged.

26  ////

                               1

1    IT IS SO ORDERED.

2    DATED:   June 14, 2010.

3

4

5                                LAWRENCE K. KARLTON

6                                SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2