UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG OHLENDORF,

          NO. CIV. S-09-2081 LKK/EFB

    Plaintiff,

  v.

AMERICAN HOME MORTGAGE          O R D E R
SERVICING, et al.,

    Defendants.

_____/

On October 16, 2010, plaintiff filed an amended complaint. Plaintiff no longer brings any federal claims. On May 5, 2010, defendant T.D. Service Company moved to dismiss for lack of subject matter jurisdiction. Defendants American Home Mortgage Servicing Inc., AHMSI Default Services, Inc., Deutsche Bank National Trust Company, and Mortgage Electronic Registration Systems, Inc. ("AHMSI Defendants") moved to dismiss for failure to state a claim. On June 22, 2010, the court ordered the the AHMSI Defendants to show cause as to why this case should not be dismissed for lack of subject matter jurisdiction. The AHMSI Defendants have not responded to the

order to show cause. Accordingly, the court finds that this case no longer presents a federal question, and it declines to exercise supplemental jurisdiction over plaintiff's state law claims. 28 U.S.C. § 1367(c)(3).

    For these reasons, plaintiff's remaining claims are dismissed for lack of subject matter jurisdiction and all pending motions are denied as moot. Pursuant to Fed. R. Civ. P. 41(b), dismissal of the state law claims does not operate as an adjudication on the merits. The clerk of the court is directed to close this case.

    IT IS SO ORDERED.

    DATED: August 13, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT