```
                    UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF CALIFORNIA


CRAIG E. OHLENDORF,
                                     NO. CIV. S-09-2081 LKK/EFB
          Plaintiff,

     v.

AMERICAN HOME MORTGAGE
SERVICING, et al.,

          Defendants.
                                   /
CRAIG E. OHLENDORF,
                                     NO. CIV. S-11-0293 JAM/JFM
          Plaintiff,

     v.

AMERICAN BROKERS CONDUIT,             RELATED CASE ORDER
a wholly owned subsidiary of
AMERICAN HOME MORTGAGE CORP.,
et al.,

          Defendants.
                                   /
```

Examination of the two above-entitled actions reveals that they are related within the meaning of Local Rule 123, as they

1

1  involve the same property.  Accordingly, the assignment of the
2  matters to the same judge and magistrate judge is likely to effect
3  a substantial savings of judicial effort and is also likely to be
4  convenient for the parties.  Under the regular practice of this
5  court, related cases are generally assigned to the judge and
6  magistrate judge to whom the first filed action was assigned.
7       The court hereby orders that:
8       1.   The above-captioned cases are RELATED.
9       2.   The action denominated NO. 2:11-cv-0293-JAM-JFM is
10           REASSIGNED to Judge Lawrence K. Karlton and Magistrate
11           Judge Edmund F. Brennan for all further proceedings.
12           Any dates currently set in the reassigned case are
13           hereby VACATED.
14      3.   Henceforth, the caption on documents filed in the
15           reassigned case shall be shown as NO. 2:11-cv-0293-LKK-
16           EFB.
17      3.   The Clerk of the Court make shall appropriate adjustment
18           in the assignment of civil cases to compensate for this
19           reassignment.
20      IT IS SO ORDERED.
21      DATED:  February 7, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT